## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Chrisann Loccarini**
                **Debtor(s)**

**BK NO. 24-01662 MJC**

**Chapter 7**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


         Respectfully submitted,

/s/ *Brent J. Lemon*
_____
PA Middle BK
09 Jul 2024, 15:36:20, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322