Certificate Number: 03088-PAM-DE-038678740

Bankruptcy Case Number: 24-01662


03088-PAM-DE-038678740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2024, at 1:31 o'clock PM CDT, Chrisann Loccarini completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 18, 2024           By:   /s/Doug Tonne

                                Name: Doug Tonne

                                Title: Counselor